UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
JAN 21 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20MJ4024 |
| Plaintiff, | ) | |
| vs. | ) | WAIVER OF PRELIMINARY HEARING |
| LEONARDO BUSTAMANTE, | ) | |
| Defendant. | ) | Magistrate Judge Greenberg |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing and consent that the proceedings may be bound over to the Grand Jury.

_____
Defendant

_____
Counsel for Defendant

Approved: _____
Jonathan D. Greenberg
U.S. Magistrate Judge

Date: 01-21-2020