IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20-MJ-4024 |
|---|---|---|
| Plaintiff, | ) | JUDGE JONATHAN D. GREENBERG |
| v. | ) | |
| LEONARDO BUSTAMANTE, | ) | NOTICE OF APPEARANCE AND |
| | ) | <u>SUBSTITUTION OF COUNSEL</u> |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Margaret A. Sweeney, Assistant United States Attorney, and hereby enters her appearance as attorney of record for the government in the within action, and respectfully requests this Court that she be substituted for, and in place of, Robert F. Corts, for all further proceedings and notices in the within action, as attorney for the United States of America.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:   /s/ Margaret A. Sweeney
      Margaret A. Sweeney (OH:0086591)
      Assistant U.S. Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, Ohio 44113-1852
      (216)622-3990
      (216) 522-7499 (facsimile)
      Margaret.Sweeney@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Margaret A. Sweeney
Margaret A. Sweeney
Assistant U.S. Attorney